### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter: 11 |
| | ) | |
| | ) | Case No.  23 B 6836 |
| Millies Pancake Shoppe II, Inc., | ) | |
| | ) | Judge:  Hon. David D. Cleary |
| | ) | |
| Debtor. | ) | |

**<u>DEBTOR'S REPORT OF STATUS OF SUBCHAPTER V PROCEEDING</u>**

Millies Pancake Shoppe II, Inc. ("Debtor"), Debtor in Possession, pursuant to 11 U.S.C. § 1188, submits its Report of Status of Subchapter V Proceeding, states as follows:

This case was commenced on May 24, 2023 when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. William Avellone was appointed as Subchapter V Trustee and continues to serve in that capacity. Debtor operates a breakfast and lunch restaurant located in Addison, Illinois. Due to a pending lawsuit with one of its receivables lenders and guaranties of debt for related restaurants that are no longer operating, it was forced to file the present Chapter 11 proceeding.

Section 1188 of the Bankruptcy Code requires the Debtor to file a report that details the efforts the Debtor has taken and will undertake to attain a consensual plan of reorganization. As of the date of this filing, the Debtor, through its counsel, has reached out to counsel for its secured lender, Huntington Bank, in an effort to discuss the terms of a potential plan of reorganization. Additionally, Debtor and counsel have had discussions with the Subchapter V trustee and have shared drafts of a plan of reorganization, projections and a liquidation analysis with the Subchapter V trustee. The Debtor, through its representative, James Duda, attended the meeting of creditors on June 28, 2023 and has filed its first monthly operating report in a timely manner.

                                      Respectfully submitted,
                                      Millies Pancake Shoppe II, Inc.

                                      By:  /s/ Joshua D. Greene
                                               One of its Attorneys

Joshua D. Greene
Springer Larsen Greene, LLC
300 South County Farm Rd., Suite G
Wheaton, Illinois 60187
(630) 510-0000
Fax: (630) 510-0004
jgreene@springerbrown.com

2